FILED
1/8/18 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 21404136

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christine M. Cheatle ) | |
| ) | Bankruptcy No. 17-11098-TPA |
| Debtor ) | |
| ) | Chapter 13 |
| Citizens Bank, N.A. ) | |
| ) | Related to Document No. 24 |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Christine M. Cheatle ) | |
| ) | |
| Ronda J. Winnecour, TRUSTEE ) | |
| Respondents ) | |

**ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

This cause came on for hearing this __8th__ day of _____January_____, 2018, in said District, upon the Motion of Citizens Bank, N.A. for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Citizens Bank, N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2011 Kia Sorento, (VIN No.: 5XYKTCA15BG02137); that the Movant has not been adequately protected; that the Debtor has minimal equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Citizens Bank, N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Thomas P. Agresti    vas
United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219
(412) 338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-11098-TPA
Christine M. Cheatle                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: ddoy                  Page 1 of 1                  Date Rcvd: Jan 09, 2018
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2018.
db             +Christine M. Cheatle,    865 S. Michael Street,    Saint Marys, PA 15857-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      Kenneth P. Seitz    on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com
      Keri P. Ebeck    on behalf of Creditor   Citizens Bank, N.A. kebeck@weltman.com, jbluemle@weltman.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                       TOTAL: 6