FILED
7/25/18 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court for the Western District of Pennsylvania

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Christine Cheatle; Case. No. 17-11098-TPA |
|---|---|
| Creditor Name and Address: | Snyder Memorial Heath Care Center<br>P.O. Box 680<br>Marienville, Pennsylvania 16239 |
| Court Claim Number (if known): | 16 |
| Date Claim Filed: | 3/5/2018 |
| Total Amount of Claim Filed: | $7362.09 |

RECEIVED
2018 JUL 16  A 11: 30
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 7/11/2018

Print Name: Elizabeth Ramdin Repasky

Title (if applicable): Human Resources Coordinator

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

SO ORDERED
July 25, 2018

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christine M. Cheatle
    Debtor

Case No. 17-11098-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: mgut     Page 1 of 1     Date Rcvd: Jul 26, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
14795347        +Snyder Memorial Health Care Center,    P.O. Box 680,   SR 66 Cherry Street,
           Marienville, PA 16239-0680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
        James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        James P. Valecko     on behalf of Creditor    Citizens Bank, N.A. jvalecko@weltman.com, PitEcf@weltman.com
        Kenneth P. Seitz     on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com
        Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
        Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
        Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 6