**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : Case No. 17-11098-TPA |
| **Christine M. Cheatle,** | : |
| | : Chapter 13 |
| **Debtor** | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of October, 2018, a true and correct copy of the Order dated October 24, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

MORGAN AM&T
441 HALL AVENUE
ST. MARYS, PA 15857

CHRISTINE M. CHEATLE
865 S. MICHAEL STREET
SAINT MARYS, PA 15857

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: October 25, 2018

Respectfully submitted,
 __/s/Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor