**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-11098-TPA |
| Christine M. Cheatle, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED
CHAPTER 13 PLAN DATED OCTOBER 23, 2018**

I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 30th day of October, 2018, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated October 23, 2018, along with a copy of the Order dated October 29, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: October 30, 2018

Respectfully submitted,
　/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-1
Case 17-11098-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Tue Oct 23 09:25:09 EDT 2018

First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

ADC
17330 Preston Road, Suite 200 D
Dallas, TX 75252-6106

Barclaycard
P.O. Box 13337
Philadelphia, PA 19101-3337

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase
Cardmember Service
P.O. Box 15123
Wilmington, DE 19886-5123

Citizens Auto Finance
480 Jefferson Blvd.
Warwick, RI 02886-1359

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3026

Community Nurses HH & Hospice, Inc.
757 Johnsonburg Road, Suite 200
Saint Marys, PA 15857-3497

(p)FIRST COMMONWEALTH BANK
PO BOX 400
INDIANA PA 15701-0400

Gary G. Cheatle
865 S. Michael Street
Saint Marys, PA 15857-2131

Great Lakes/U.S. Dept of Education
P.O. Box 530229
Atlanta, GA 30353-0229

Hunter Warfield
4620 Woodland Corporate Boulevard
Tampa, FL 33614-2415

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Peebles/Comenity
P.O. Box 659465
San Antonio, TX 78265-9465

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

SMP Home Medical
21 S. Saint Marys Street
Saint Marys, PA 15857-1617

Snycrony Bank/JCP
P.O. Box 960090
Orlando, FL 32896-0090

Snyder Memorial HCC
156 Snyder Memorial Road
P.O. Box 680
Marienville, PA 16239-0680

Snyder Memorial Health Care Center
P.O. Box 680
SR 66 Cherry Street
Marienville, PA 16239-0680

State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI 53716-3314

| | | |
|---|---|---|
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| UPMC Health Services<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Physician Services<br>P.O. Box 371980<br>Pittsburgh, PA 15250-7980 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Wyndham Vacation Resorts, Inc.<br>6277 Sea Harbor Drive<br>Orlando, FL 32821-8043 | Christine M. Cheatle<br>865 S. Michael Street<br>Saint Marys, PA 15857-2131 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Commonwealth Bank<br>Central Offices<br>Philadelphia and 6th Streets<br>P.O. Box 400<br>Indiana, PA 15701 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Toyota Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank, N.A. | (u)Snyder Memorial Health Care Center | (u)Toyota Motor Credit Corporation |
| (d)First Commonwealth Bank<br>c/o McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1225 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients     5<br>Total                  45 |