Form 222

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christine M. Cheatle**
   Debtor(s)

Bankruptcy Case No.: 17–11098–TPA

Chapter: 13
Docket No.: 51 – 43
Concil. Conf.: 12/4/18 at 11:30 AM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated October 23, 2018* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **November 19, 2018,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **12/4/18** at **11:30 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at .

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: October 29, 2018

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christine M. Cheatle  
     Debtor

Case No. 17-11098-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1　　User: vson　　Page 1 of 1　　Date Rcvd: Oct 29, 2018  
　　　　　　　　　　Form ID: 222　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.  
db　　　　　+Christine M. Cheatle,　 865 S. Michael Street,　 Saint Marys, PA 15857-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:  
    James Warmbrodt　　on behalf of Creditor　 Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
    James P. Valecko　　on behalf of Creditor　 Citizens Bank, N.A. jvalecko@weltman.com, PitEcf@weltman.com  
    Kenneth P. Seitz　　on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com  
    Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
    Preston D. Jaquish　　on behalf of Creditor　 First Commonwealth Bank pjaquish@lenderlaw.com  
    Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6