FILED
10/29/18 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

CHRISTINE M. CHEATLE             :     Case No. 17-11098 TPA
                                 :     Chapter 13
    *Debtor*                      :
                                 :
                                 :     Related to Document No. 45

## ORDER

    ***AND NOW,*** this ***29th*** day of ***October, 2018***, it appearing that the ***Order Setting Hearing on the Amended Plan*** dated October 24, 2018 at Document No. 45 failed to include the conciliation date and time, it is hereby ***ORDERED, ADJUDGED and DECREED*** that the Order dated October 24, 2018 is ***VACATED*** and will be reissued by separate order.

/s/ Thomas P. Agresti
vas

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtor
    Kenneth P. Seitz, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-11098-TPA
Christine M. Cheatle                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: vson            Page 1 of 1            Date Rcvd: Oct 29, 2018
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.
db              +Christine M. Cheatle,    865 S. Michael Street,    Saint Marys, PA 15857-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      James P. Valecko    on behalf of Creditor    Citizens Bank, N.A. jvalecko@weltman.com, PitEcf@weltman.com
      Kenneth P. Seitz    on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                 TOTAL: 6