**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-11098-TPA |
| Christine M. Cheatle, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED OCTOBER 23, 2018**

I, Kenneth P. Seitz, Esquire for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of November, 2018, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated October 23, 2018, along with a copy of the Order dated November 8, 2018, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: November 9, 2018

Respectfully submitted,
  /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 17-11098-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Tue Oct 23 09:25:09 EDT 2018 | First Commonwealth Bank<br>c/o McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1225 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | ADC<br>17330 Preston Road, Suite 200 D<br>Dallas, TX 75252-6106 | Barclaycard<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| Capital One Bank (USA), N.A.<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Chase<br>Cardmember Service<br>P.O. Box 15123<br>Wilmington, DE 19886-5123 |
| Citizens Auto Finance<br>480 Jefferson Blvd.<br>Warwick, RI 02886-1359 | Citizens Bank N.A.<br>1 Citizens Drive Mailstop ROP15B<br>Riverside, RI 02915-3026 | Community Nurses HH & Hospice, Inc.<br>757 Johnsonburg Road, Suite 200<br>Saint Marys, PA 15857-3497 |
| (p)FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 | Gary G. Cheatle<br>865 S. Michael Street<br>Saint Marys, PA 15857-2131 | Great Lakes/U.S. Dept of Education<br>P.O. Box 530229<br>Atlanta, GA 30353-0229 |
| Hunter Warfield<br>4620 Woodland Corporate Boulevard<br>Tampa, FL 33614-2415 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohl's Payment Center<br>P.O. Box 2983<br>Milwaukee, WI 53201-2983 |
| Navient<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions, LLC on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Peebles/Comenity<br>P.O. Box 659465<br>San Antonio, TX 78265-9465 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | SMP Home Medical<br>21 S. Saint Marys Street<br>Saint Marys, PA 15857-1617 | Snycrony Bank/JCP<br>P.O. Box 960090<br>Orlando, FL 32896-0090 |
| Snyder Memorial HCC<br>156 Snyder Memorial Road<br>P.O. Box 680<br>Marienville, PA 16239-0680 | Snyder Memorial Health Care Center<br>P.O. Box 680<br>SR 66 Cherry Street<br>Marienville, PA 16239-0680 | State Collection Service, Inc.<br>2509 S. Stoughton Road<br>Madison, WI 53716-3314 |

| | | |
|---|---|---|
| (p)TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| UPMC Health Services<br>P.O. Box 371472<br>Pittsburgh, PA 15250-7472 | UPMC Physician Services<br>P.O. Box 371980<br>Pittsburgh, PA 15250-7980 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Wyndham Vacation Resorts, Inc.<br>6277 Sea Harbor Drive<br>Orlando, FL 32821-8043 | Christine M. Cheatle<br>865 S. Michael Street<br>Saint Marys, PA 15857-2131 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| First Commonwealth Bank<br>Central Offices<br>Philadelphia and 6th Streets<br>P.O. Box 400<br>Indiana, PA 15701 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Toyota Financial Services<br>P.O. Box 17187<br>Baltimore, MD 21297 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citizens Bank, N.A. | (u)Snyder Memorial Health Care Center | (u)Toyota Motor Credit Corporation |
| (d)First Commonwealth Bank<br>c/o McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1225 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients    5<br>Total                 45 |