Form 222

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Christine M. Cheatle**
   Debtor(s)

Bankruptcy Case No.: 17–11098–TPA

Chapter: 13
Docket No.: 56 – 43
Concil. Conf.: 12/4/18 at 11:30 AM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated October 23, 2018* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **November 19, 2018,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **12/4/18** at **11:30 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    The previous Order scheduling conciliation conference on the Amended Plan at Document No. 51 is VACATED.

Dated: November 8, 2018

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-11098-TPA
Christine M. Cheatle                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson          Page 1 of 2          Date Rcvd: Nov 08, 2018
                             Form ID: 222          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db           +Christine M. Cheatle,    865 S. Michael Street,     Saint Marys, PA 15857-2131
14711871     +ADC,    17330 Preston Road, Suite 200 D,     Dallas, TX 75252-6106
14711872     +Barclaycard,    P.O. Box 13337,    Philadelphia, PA 19101-3337
14747269      Capital One, N.A.,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
14711874     +Chase,    Cardmember Service,    P.O. Box 15123,    Wilmington, DE 19886-5123
14711875     +Citizens Auto Finance,    480 Jefferson Blvd.,    Warwick, RI 02886-1359
14716176     +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,     Riverside, RI 02915-3026
14711876     +Community Nurses HH & Hospice, Inc.,     757 Johnsonburg Road, Suite 200,
               Saint Marys, PA 15857-3497
14722003     +First Commonwealth Bank,    c/o McGrath McCall, P.C.,     Four Gateway Center, Suite 1040,
               444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14711878     +Gary G. Cheatle,    865 S. Michael Street,    Saint Marys, PA 15857-2131
14711879     +Great Lakes/U.S. Dept of Education,     P.O. Box 530229,    Atlanta, GA 30353-0229
14711885     +SMP Home Medical,    21 S. Saint Marys Street,    Saint Marys, PA 15857-1617
14711886     +Snycrony Bank/JCP,    P.O. Box 960090,    Orlando, FL 32896-0090
14711887     +Snyder Memorial HCC,    156 Snyder Memorial Road,     P.O. Box 680,    Marienville, PA 16239-0680
14795347     +Snyder Memorial Health Care Center,     P.O. Box 680,    SR 66 Cherry Street,
               Marienville, PA 16239-0680
14711888     +State Collection Service, Inc.,     2509 S. Stoughton Road,    Madison, WI 53716-3314
14711889    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,      P.O. Box 17187,    Baltimore, MD 21297)
14741679     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,     PO Box 9013,
               Addison, Texas 75001-9013
14731942     +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
14711890     +UPMC Health Services,    P.O. Box 371472,    Pittsburgh, PA 15250-7472
14711891     +UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14782414      UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14711873      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 09 2018 02:38:24
              Capital One Bank (USA), N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
14711877      E-mail/Text: bankruptcynotice@fcbanking.com Nov 09 2018 02:30:33      First Commonwealth Bank,
              Central Offices,    Philadelphia and 6th Streets,     P.O. Box 400,    Indiana, PA 15701
14711880     +E-mail/Text: HWIBankruptcy@hunterwarfield.com Nov 09 2018 02:31:25      Hunter Warfield,
              4620 Woodland Corporate Boulevard,    Tampa, FL 33614-2415
14711881      E-mail/Text: cio.bncmail@irs.gov Nov 09 2018 02:30:41      Internal Revenue Service,
              Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14711882      E-mail/Text: bnckohlsnotices@becket-lee.com Nov 09 2018 02:30:35      Kohl's Payment Center,
              P.O. Box 2983,    Milwaukee, WI 53201-2983
14711883     +E-mail/PDF: pa_dc_claims@navient.com Nov 09 2018 02:37:55      Navient,    P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
14751560      E-mail/PDF: pa_dc_claims@navient.com Nov 09 2018 02:37:53
              Navient Solutions, LLC on behalf of,    Department of Education Loan Services,     PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
14741235      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 03:00:28
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14712751     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:38:27
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14711884     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 09 2018 02:30:49      Peebles/Comenity,
              P.O. Box 659465,    San Antonio, TX 78265-9465
14781808      E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2018 02:30:54
              Quantum3 Group LLC as agent for,    Crown Asset Management LLC,     PO Box 788,
              Kirkland, WA  98083-0788
14780555      E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2018 02:30:54
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14745936      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2018 02:49:08      Verizon,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14711892     +E-mail/Text: bankruptcydept@wyn.com Nov 09 2018 02:31:44      Wyndham Vacation Resorts, Inc.,
              6277 Sea Harbor Drive,    Orlando, FL 32821-8043
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr               Citizens Bank, N.A.
cr               Snyder Memorial Health Care Center
cr               Toyota Motor Credit Corporation
cr*             +First Commonwealth Bank,    c/o McGrath McCall, P.C.,     Four Gateway Center, Suite 1040,
                  444 Liberty Avenue,    Pittsburgh, PA 15222-1225
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1              User: vson                Page 2 of 2                  Date Rcvd: Nov 08, 2018
                                  Form ID: 222              Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Citizens Bank, N.A. jvalecko@weltman.com,
               PitEcf@weltman.com
              Kenneth P. Seitz    on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6