**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | **:** | **Bankruptcy No. 17-11098-TPA** |
| **Christine M. Cheatle,** | **:** | |
| **Debtor** | **:** | **Chapter 13** |
| | **:** | |
| **Christine M. Cheatle,** | **:** | |
| **Movant** | **:** | |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| | **:** | |
| **ADC,** | **:** | |
| **Avid Acceptance,** | **:** | |
| **Barclaycard,** | **:** | |
| **Capital One, N.A.,** | **:** | |
| **Chase,** | **:** | |
| **Citizens Bank, N.A.,** | **:** | |
| **Community Nurses HH & Hospice,** | **:** | |
| **First Commonwealth Bank,** | **:** | |
| **Great Lakes/U.S. Dept. of Ed.,** | **:** | |
| **Hunter Warfield,** | **:** | |
| **Internal Revenue Service,** | **:** | |
| **Kohl's Payment Center,** | **:** | |
| **Navient Solutions, LLC,** | **:** | |
| **Peebles/Comenity,** | **:** | |
| **Portfolio Recovery Associates,** | **:** | |
| **Quantum3 Group, LLC,** | **:** | |
| **SMP Home Medical,** | **:** | |
| **Synchrony Bank/JCP,** | **:** | |
| **Snyder Memorial Health Care Ctr.,** | **:** | |
| **State Collection Service, Inc.,** | **:** | |
| **Toyota Financial Services,** | **:** | |
| **UPMC Health Services,** | **:** | |
| **UPMC Physician Services,** | **:** | |
| **Verizon,** | **:** | |
| **Wyndham Vacation Resorts, Inc.,** | **:** | |
| **Respondents** | **:** | |
| | **:** | |
| **and** | **:** | |
| **Ronda J. Winnecour, Esquire,** | **:** | |
| **Chapter 13 Trustee,** | **:** | |
| **Additional Respondent** | **:** | |

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I

am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be

served, on the 11th day of October, 2019, a true and correct copy of the Order Confirming Chapter 13

Post-Petition Financing dated October 11, 2019, on all the Parties on the Court's mailing matrix by First-

Class Mail U.S. Postage paid.

Executed on: <u>October 11, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-1
Case 17-11098-TPA
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Fri Oct 11 14:35:16 EDT 2019

First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

1
U.S. Bankruptcy Court
U.S. Courthouse, Room B160
17 South Park Row
Erie, PA 16501-1169

ADC
17330 Preston Road, Suite 200 D
Dallas, TX 75252-6106

Avid Acceptance, LLC
6995 Union Park Center
Cottonwood Heights, UT 84047-6145

Barclaycard
P.O. Box 13337
Philadelphia, PA 19101-3337

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase
Cardmember Service
P.O. Box 15123
Wilmington, DE 19886-5123

Citizens Auto Finance
480 Jefferson Blvd.
Warwick, RI 02886-1359

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3026

Community Nurses HH & Hospice, Inc.
757 Johnsonburg Road, Suite 200
Saint Marys, PA 15857-3497

(p)FIRST COMMONWEALTH BANK
PO BOX 400
INDIANA PA 15701-0400

Gary G. Cheatle
865 S. Michael Street
Saint Marys, PA 15857-2131

Great Lakes/U.S. Dept of Education
P.O. Box 530229
Atlanta, GA 30353-0229

Hunter Warfield
4620 Woodland Corporate Boulevard
Tampa, FL 33614-2415

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Kohl's Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

Navient
P.O. Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Peebles/Comenity
P.O. Box 659465
San Antonio, TX 78265-9465

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

SMP Home Medical
21 S. Saint Marys Street
Saint Marys, PA 15857-1617

Snycrony Bank/JCP
P.O. Box 960090
Orlando, FL 32896-0090

Snyder Memorial HCC
156 Snyder Memorial Road
P.O. Box 680
Marienville, PA 16239-0680

Snyder Memorial Health Care Center
P.O. Box 680
SR 66 Cherry Street
Marienville, PA 16239-0680

State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI 53716-3314

(p)TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

Toyota Lease Trust
c/o Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013


Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

UPMC Health Services
P.O. Box 371472
Pittsburgh, PA 15250-7472

UPMC Physician Services
P.O. Box 371980
Pittsburgh, PA 15250-7980


UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK  73124-8838

Wyndham Vacation Resorts, Inc.
6277 Sea Harbor Drive
Orlando, FL 32821-8043


Christine M. Cheatle
865 S. Michael Street
Saint Marys, PA 15857-2131

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


First Commonwealth Bank
Central Offices
Philadelphia and 6th Streets
P.O. Box 400
Indiana, PA 15701

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Toyota Financial Services
P.O. Box 17187
Baltimore, MD 21297


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Citizens Bank, N.A.

(u)Snyder Memorial Health Care Center

(u)Toyota Motor Credit Corporation


(d)First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    41
Bypassed recipients     5
Total                  46