FILED
10/11/19 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-11098-TPA |
| Christine M. Cheatle, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Christine M. Cheatle, | : | Docket No. |
| Movant | : | |
| | : | Related to Docket No. 66 |
| vs. | : | |
| | : | |
| | : | |
| ADC, | : | |
| Avid Acceptance, | : | |
| Barclaycard, | : | |
| Capital One, N.A., | : | |
| Chase, | : | |
| Citizens Bank, N.A., | : | |
| Community Nurses HH & Hospice, | : | |
| First Commonwealth Bank, | : | |
| Great Lakes/U.S. Dept. of Ed., | : | |
| Hunter Warfield, | : | |
| Internal Revenue Service, | : | |
| Kohl's Payment Center, | : | |
| Navient Solutions, LLC, | : | |
| Peebles/Comenity, | : | |
| Portfolio Recovery Associates, | : | |
| Quantum3 Group, LLC, | : | |
| SMP Home Medical, | : | |
| Synchrony Bank/JCP, | : | |
| Snyder Memorial Health Care Ctr., | : | |
| State Collection Service, Inc., | : | |
| Toyota Financial Services, | : | |
| UPMC Health Services, | : | |
| UPMC Physician Services, | : | |
| Verizon, | : | |
| Wyndham Vacation Resorts, Inc., | : | |
| Respondents | : | |
| | : | |
| and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**ORDER CONFIRMING CHAPTER 13 POST-PETITION FINANCING**

AND NOW, this 11th day of October, 2019, on consideration of the Husband-Debtor/Movant ("Movants") Motion Requesting Court Approval of Post-Petition Financing to Purchase a Motor Vehicle and to Request an Expedited Hearing Thereon (the "Motion"), after notice and hearing held in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, this date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is hereby granted and that movant is authorized to obtain financing to encumber the property of Movant's, that is, a 2016 Ford Taurus with a lien in the amount of Twenty Thousand Three Hundred Fifty-Five Dollars and seventy-four cents ($20,355.74), to be repaid at a monthly rate of Four Hundred Fifty Dollars ($450.00) per month for a term of seventy-two (72) months, such indebtedness to bear interest at an annual percentage rate of 16.75%.

**IT IS FURTHER ORDERED** that if the 2016 Ford Taurus is sold prior to entry of this Order, then the Debtor is granted permission to purchase a similar vehicle with a lien in the amount of no more than Twenty-Five Thousand Dollars ($25,000.00) and a maximum monthly payment of Four Hundred Fifty Dollars ($450.00)

**IT IS FURTHER ORDERED** that within five (5) days of the date of this Order, Movant shall serve a copy of this Order on all Respondents, their attorneys, if any, and any other party appearing; and

**IT IS FURTHER ORDERED** that once the above-described transaction has been completed, any and all payments to be made to the secured creditor shall be made to the Chapter 13 Trustee and that within twenty (20) days from the date of the completion of said transaction, Movant shall file an Amended Plan providing for such payments and for the inclusion of the subject transaction in Movant's Chapter 13 Plan.

BY THE COURT:

THOMAS P. AGRESTI    ljm
United States Bankruptcy Judge

Consented to by:

/s/ Jana S. Pail, Esquire
Jana S. Pail, Esquire
Assistant Chapter 13 Trustee
PA ID# 88910
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470
thedebterasers@aol.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 17-11098-TPA
Christine M. Cheatle                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: dpas                   Page 1 of 1           Date Rcvd: Oct 11, 2019
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2019.
db             +Christine M. Cheatle,    865 S. Michael Street,    Saint Marys, PA 15857-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2019 at the address(es) listed below:
      James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      James P. Valecko    on behalf of Creditor    Citizens Bank, N.A. jvalecko@weltman.com,
       PitEcf@weltman.com
      Kenneth P. Seitz    on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                        TOTAL: 6