**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-11098-TPA |
| Christine M. Cheatle, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED NOVEMBER 5, 2019**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 7th day of November, 2019, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated November 5, 2019, along with a copy of the Order dated November 6, 2019, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>November 7, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

_____

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing          First Commonwealth Bank                  PRA Receivables Management, LLC
0315-1                                   c/o McGrath McCall, P.C.                 PO Box 41021
Case 17-11098-TPA                        Four Gateway Center, Suite 1040          Norfolk, VA 23541-1021
WESTERN DISTRICT OF PENNSYLVANIA         444 Liberty Avenue
Erie                                     Pittsburgh, PA 15222-1225
Fri Oct 11 14:35:16 EDT 2019

1                                        ADC                                      Avid Acceptance, LLC
U.S. Bankruptcy Court                    17330 Preston Road, Suite 200 D          6995 Union Park Center
U.S. Courthouse, Room B160               Dallas, TX 75252-6106                    Cottonwood Heights, UT 84047-6145
17 South Park Row
Erie, PA 16501-1169


Barclaycard                              Capital One Bank (USA), N.A.             Capital One, N.A.
P.O. Box 13337                           P.O. Box 71083                           c/o Becket and Lee LLP
Philadelphia, PA 19101-3337              Charlotte, NC 28272-1083                 PO Box 3001
                                                                                  Malvern PA 19355-0701


Chase                                    Citizens Auto Finance                    Citizens Bank N.A.
Cardmember Service                       480 Jefferson Blvd.                      1 Citizens Drive Mailstop ROP15B
P.O. Box 15123                           Warwick, RI 02886-1359                   Riverside, RI 02915-3026
Wilmington, DE 19886-5123


Community Nurses HH & Hospice, Inc.      (p)FIRST COMMONWEALTH BANK               Gary G. Cheatle
757 Johnsonburg Road, Suite 200          PO BOX 400                               865 S. Michael Street
Saint Marys, PA 15857-3497               INDIANA PA 15701-0400                    Saint Marys, PA 15857-2131


Great Lakes/U.S. Dept of Education       Hunter Warfield                          Internal Revenue Service
P.O. Box 530229                          4620 Woodland Corporate Boulevard        Centralized Insolvency Operation
Atlanta, GA 30353-0229                   Tampa, FL 33614-2415                     P.O. Box 7346
                                                                                  Philadelphia, PA 19101-7346


Kohl's Payment Center                    Navient                                  Navient Solutions, LLC on behalf of
P.O. Box 2983                            P.O. Box 9500                            Department of Education Loan Services
Milwaukee, WI 53201-2983                 Wilkes Barre, PA 18773-9500              PO BOX 9635
                                                                                  Wilkes-Barre, PA 18773-9635


Office of the United States Trustee      Peebles/Comenity                         (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Liberty Center.                          P.O. Box 659465                          PO BOX 41067
1001 Liberty Avenue, Suite 970           San Antonio, TX 78265-9465               NORFOLK VA 23541-1067
Pittsburgh, PA 15222-3721


Quantum3 Group LLC as agent for          Quantum3 Group LLC as agent for          SMP Home Medical
Crown Asset Management LLC               MOMA Funding LLC                         21 S. Saint Marys Street
PO Box 788                               PO Box 788                               Saint Marys, PA 15857-1617
Kirkland, WA  98083-0788                 Kirkland, WA  98083-0788


Snycrony Bank/JCP                        Snyder Memorial HCC                      Snyder Memorial Health Care Center
P.O. Box 960090                          156 Snyder Memorial Road                 P.O. Box 680
Orlando, FL 32896-0090                   P.O. Box 680                             SR 66 Cherry Street
                                         Marienville, PA 16239-0680               Marienville, PA 16239-0680
```

```
State Collection Service, Inc.          (p)TOYOTA MOTOR CREDIT CORPORATION      Toyota Lease Trust
2509 S. Stoughton Road                  PO BOX 8026                             c/o Toyota Motor Credit Corporation
Madison, WI 53716-3314                  CEDAR RAPIDS IA 52408-8026              PO Box 9013
                                                                                Addison, Texas 75001-9013


Toyota Motor Credit Corporation         UPMC Health Services                    UPMC Physician Services
PO Box 9013                             P.O. Box 371472                         P.O. Box 371980
Addison, Texas 75001-9013               Pittsburgh, PA 15250-7472               Pittsburgh, PA 15250-7980


UPMC Physician Services                 Verizon                                 Wyndham Vacation Resorts, Inc.
PO Box 1123                             by American InfoSource LP as agent      6277 Sea Harbor Drive
Minneapolis, MN 55440-1123              PO Box 248838                           Orlando, FL 32821-8043
                                        Oklahoma City, OK 73124-8838


Christine M. Cheatle                    Kenneth P. Seitz                        Ronda J. Winnecour
865 S. Michael Street                   Law Offices of Kenny P. Seitz           Suite 3250, USX Tower
Saint Marys, PA 15857-2131              P.O. Box 211                            600 Grant Street
                                        Ligonier, PA 15658-0211                 Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
First Commonwealth Bank                 Portfolio Recovery Associates, LLC      Toyota Financial Services
Central Offices                         POB 12914                               P.O. Box 17187
Philadelphia and 6th Streets            Norfolk VA 23541                        Baltimore, MD 21297
P.O. Box 400
Indiana, PA 15701
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Citizens Bank, N.A.                  (u)Snyder Memorial Health Care Center   (u)Toyota Motor Credit Corporation



(d)First Commonwealth Bank              (d)PRA Receivables Management, LLC      End of Label Matrix
c/o McGrath McCall, P.C.                PO Box 41021                            Mailable recipients    41
Four Gateway Center, Suite 1040         Norfolk, VA 23541-1021                  Bypassed recipients     5
444 Liberty Avenue                                                              Total                  46
Pittsburgh, PA 15222-1225
```