# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
: Case No. 17-11098-TPA
**Christine M. Cheatle,** :
: Chapter 13
**Debtor** :
:
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 7th day of November, 2019, a true and correct copy of the Order dated November 6, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> MORGAN AM&T
> 441 HALL AVENUE
> ST. MARYS, PA 15857
>
> CHRISTINE M. CHEATLE
> 865 S. MICHAEL STREET
> SAINT MARYS, PA 15857

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>November 7, 2019</u>

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470