# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/22/20 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: Christine M. Cheatle

Case Number: 17-11098-TPA        (Chapter 13)
Date / Time / Room: 01/14/2020 09:30 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### *Matter:*   #71 - Amended Plan dated 11/5/19 (FC)

### *Appearances:*

Seitz

Debtor:
Trustee:          Winnecour / Katz / (Pail) DeSimone
Creditor:

### *Proceedings:*        **CONFIRMATION ORDER TO BE ENTERED**

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____.
7. _ Plan/Motion continued to _____ at _____.
8. _ An Amended Plan is to be served on all creditors and certificate of service filed by
    Objections are due on or before _____.
    A hearing on the Amended is set for _____ at _____.
9. _ Other:

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:

(83)

**CHEATLE, CHRISTINE M.** _____ Case No. **17-11098** TPA
Debtor(s)

Chapter 13 Plan dated ___11/5/19___    Issued per the **January 14, 2020** Proceeding

Next Hearing Date:_____
& time:

☐ No Changes

☒ A.  For the remainder of the Plan term, the Plan payment is amended to be $_1211_____
as of ___1/20___ Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☐ B.  The length of the Plan is increased to a total of _____ months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.  Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐ D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. §506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. §507, and all objections to claims.

☐ E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the plan.

☐ F.  _____ shall be paid monthly payments of $_____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the fifth distribution level.

☐ G.  Fee application needed if fees (including retainer) exceed $2,000/$2,500.

☒ H.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

Toyota (CL# 7)

☒ I.  Additional Terms:

First Commonwealth Bank (CL#3) is payable per plan retroactive to month 1.
Remaining counsel fees are waived

☐ **CASE TO BE DISMISSED**