**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/14/2021

IN RE:

| | |
|---|---|
| CHRISTINE M CHEATLE<br>865 S. MICHAEL STREET<br>SAINT MARYS, PA 15857<br>XXX-XX-7231       Debtor(s) | Case No.17-11098 TPA<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/14/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  JCP/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  8971 |
| **PRESTON D JAQUISH ESQ**<br>MCGRATH MCCALL PC<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA  15222 | Trustee Claim Number:2    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  FIRST CMMNWLTH BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS AUTO FINANCE(*)**<br>1 CITIZENS DR<br>MAILSTOP ROP15B<br><br>RIVERSIDE, PA  02915 | Trustee Claim Number:3    INT %:  5.27%<br>Court Claim Number:1<br><br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*2012 KIA/PL*CL=$8363.71 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4294 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br><br>INDIANA, PA  15701 | Trustee Claim Number:4    INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CONF*538 X 60+2=LMT*DKT | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6654 |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:5    INT %:  0.00%<br>Court Claim Number:7-2<br><br>CLAIM:  11,192.10<br>COMMENT:  RS/OE*CL7GOV*445x26=11570/PL*AMD CL=$0*W/34 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  E163 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6    INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  2,214.59<br>COMMENT:  2215/PL*15/SCH | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  8951 |
| **ADC**<br>17330 PRESTON RD STE 200 D<br><br>DALLAS, TX  75252 | Trustee Claim Number:7    INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4241 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:8    INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  7,722.45<br>COMMENT:  BARCLAY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9928 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:9    INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  22,086.16<br>COMMENT:  CAPITAL ONE BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8780 |
| **CHASE(*)**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:10   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3676 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COMMUNITY NURSES HH AND HOSPICE**<br>757 JOHNSONBURG RD STE 200<br>SAINT MARYS, PA 15857 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4978 |
| **COMMUNITY NURSES HH AND HOSPICE**<br>757 JOHNSONBURG RD STE 200<br>SAINT MARYS, PA 15857 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4978 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 1,018.96<br>COMMENT: /SCH F DEBT INCURRED 2015 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5682 |
| **US DEPARTMENT OF EDUCATION****<br>C/O GREAT LAKES HIGHER EDUCATIONAL GUAR<br>PO BOX 7858<br>MADISON, WI 53708-7858 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8581 |
| **HUNTER WARFIELD**<br>4620 WOODLAND CORPORATE BLVD<br>TAMPA, FL 33614 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2036 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 708.80<br>COMMENT: KOHLS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5718 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPARTM**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 11-2 | CLAIM: 8,231.53<br>COMMENT: 9441/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7231 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 637.25<br>COMMENT: COMENITY BANK/PEEBLES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4282 |
| **SMP HOME MEDICAL**<br>21 S SAINT MARYS ST<br>SAINT MARYS, PA 15857 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5022 |
| **QUANTUM3 GROUP LLC AGNT - CROWN ASSET**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 14-2 | CLAIM: 428.43<br>COMMENT: 9711/SCH*SYNCHRONY BANK/JCP*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8971 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SNYDER MEMORIAL HEALTH CARE CENTER**<br>PO BOX 680<br>SR 66 CHERRY ST<br><br>MARIENVILLE, PA 16239 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:13-2<br>CLAIM: 7,362.06<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 611.96<br>COMMENT: 0899/SCH*STATE COLLECTION SVCS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7231 |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br><br>MADISON, WI 53701 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC PHYSCN SVCS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0914 |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8553 |
| **WYNDHAM VACATION RESORTS**<br>6277 SEA HARBOR DR<br><br>ORLANDO, FL 32821 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>PO BOX 371472<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA FINANCIAL SVCS**<br>POB 5855<br><br>CAROL STREAM, IL 60197-5855 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SAME@CID5*NT ADR~NO$/SCH G | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: |
| **GARY CHEATLE**<br>865 S MICHAEL ST<br><br>SAINT MARYS, PA 15857 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br><br>INDIANA, PA 15701 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 184.49<br>COMMENT: 185/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6654 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490**<br><br>CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 0.00<br>COMMENT: SURR/CONF*NT PROV/PL*NT/SCH*CL=10955.10 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3162 |

| CLAIM RECORDS | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:8 | ACCOUNT NO.: 0001 |
| | CLAIM: 256.40 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NT/SCH*LAST TRANSACTION: 11/10/2017 | |
| **SNYDER MEMORIAL HCC** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 156 SNYDER MEMORIAL RD | Court Claim Number:16 | ACCOUNT NO.: |
| PO BOX 680 | | |
| | CLAIM: 0.00 | |
| MARIENVILLE, PA 16239 | COMMENT: CL 16@$7362.09~W/D@DOC 40 | |
| **AVID ACCEPTANCE LLC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 6995 UNION PARK CENTER STE 450 | Court Claim Number:17-2 | ACCOUNT NO.: 6591 |
| | CLAIM: 0.00 | |
| COTTONWOOD HEIGHTS, UT 84047 | COMMENT: PMT/CL-PL*450X(36+2)=LMT*BGN 11/19*AMD | |
| **TOYOTA LEASE TRUST** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:7-2 | ACCOUNT NO.: 4163 |
| PO BOX 3001 | | |
| | CLAIM: 219.09 | |
| MALVERN, PA 19355-0701 | COMMENT: ADJ NET CLM FOR DEFICIENCY*W/5*DK | |