**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/14/22 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  CHRISTINE M CHEATLE

        Debtor(s)
Ronda J. Winnecour, Trustee
    Movant
      vs.
CHRISTINE M CHEATLE

    Respondents

Case No.17-11098GLT

Chapter 13

Document No. __98__

## ORDER TO STOP PAYROLL DEDUCTIONS

     AND NOW, this ___14th___ day of November, 20_22_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Morgan Am&T
Attn: Payroll Manager
441 Hall Ave
St Mary'S,PA 15857

is hereby ordered to immediately terminate the attachment of the wages of CHRISTINE M CHEATLE, social security number XXX-XX-7231.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTINE M CHEATLE.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
Gregory L. Taddonio   jlm
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christine M. Cheatle  
    Debtor

Case No. 17-11098-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2  
Date Rcvd: Nov 14, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christine M. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| James P. Valecko | on behalf of Creditor Citizens Bank N.A. jvalecko@weltman.com, PitEcf@weltman.com |
| Kenneth P. Seitz | on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 7