Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Christine M. Cheatle** | : | Case No. 17−11098−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 102 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/8/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

      **AND NOW,** this *The 22nd of December, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 102 by the Chapter 13 Trustee,

      It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

      (1)  **On or before February 6, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

      (2)  This Motion is scheduled for hearing on *March 8, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

      (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-11098-GLT
Christine M. Cheatle     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Dec 22, 2022     Form ID: 604     Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine M. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14711871 | + | ADC, 17330 Preston Road, Suite 200 D, Dallas, TX 75252-6106 |
| 14711876 | + | Community Nurses HH & Hospice, Inc., 757 Johnsonburg Road, Suite 200, Saint Marys, PA 15857-3497 |
| 14722003 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14711878 | + | Gary G. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14711885 | + | SMP Home Medical, 21 S. Saint Marys Street, Saint Marys, PA 15857-1617 |
| 14711886 | + | Snycrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14711887 | + | Snyder Memorial HCC, 156 Snyder Memorial Road, P.O. Box 680, Marienville, PA 16239-0680 |
| 14795347 | + | Snyder Memorial Health Care Center, P.O. Box 680, SR 66 Cherry Street, Marienville, PA 16239-0680 |
| 14711891 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15178786 | + | Email/Text: bankruptcy@avidac.com | Dec 22 2022 23:41:00 | Avid Acceptance LLC, 6995 Union Park Center Ste. 450, Cottonwood Heights, UT 84047-6145 |
| 15138493 | + | Email/Text: bankruptcy@avidac.com | Dec 22 2022 23:41:00 | Avid Acceptance, LLC, 6995 Union Park Center, Cottonwood Heights, UT 84047-6145 |
| 14711872 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 22 2022 23:41:00 | Barclaycard, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14716176 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2022 23:41:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14711873 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:44:57 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14747269 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2022 23:57:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14711875 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2022 23:41:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14711877 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 22 2022 23:41:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14711879 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | Great Lakes/U.S. Dept of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 14711880 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Dec 22 2022 23:41:00 | Hunter Warfield, 4620 Woodland Corporate Boulevard, Tampa, FL 33614-2415 |
| 14711881 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14711874 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 604 | Total Noticed: 39 |

| Recip ID | | Notice Type/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 22 2022 23:45:22 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14711882 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2022 23:41:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14711883 | + | Email/PDF: pa_dc_claims@navient.com | Dec 22 2022 23:45:24 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14751560 | | Email/PDF: pa_dc_ed@navient.com | Dec 22 2022 23:45:36 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14741235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14712751 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 23:45:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14711884 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2022 23:41:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14780555 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14781808 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2022 23:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14711888 | | Email/Text: amieg@stcol.com | Dec 22 2022 23:41:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14711889 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 22 2022 23:41:00 | Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14741679 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 22 2022 23:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15244999 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2022 23:57:37 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14731942 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 22 2022 23:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14711890 | ^ | MEBN | Dec 22 2022 23:38:22 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14782414 | ^ | MEBN | Dec 22 2022 23:38:28 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745936 | | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 23:45:24 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14711892 | + | Email/Text: bankruptcydept@wyn.com | Dec 22 2022 23:41:00 | Wyndham Vacation Resorts, Inc., 6277 Sea Harbor Drive, Orlando, FL 32821-8027 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Snyder Memorial Health Care Center |
| cr | | Toyota Lease Trust |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 22, 2022 | Form ID: 604 | Total Noticed: 39 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| James P. Valecko | on behalf of Creditor Citizens Bank  N.A. jvalecko@weltman.com, PitEcf@weltman.com |
| Kenneth P. Seitz | on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7