**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTINE M CHEATLE<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:17-11098<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/18/2017 and confirmed on 12/6/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 70,142.00 |
| Less Refunds to Debtor | 1,044.39 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,097.61 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,529.37 | |
|   Trustee Fee | 3,141.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,671.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 32,818.00 | 0.00 | 32,818.00 |
|     Acct: 6654 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 184.49 | 184.49 | 0.00 | 184.49 |
|     Acct: 6654 | | | | |
|   CITIZENS AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4294 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3162 | | | | |
| | | | | 33,002.49 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTINE M CHEATLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTINE M CHEATLE | 605.50 | 605.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTINE M CHEATLE | 438.89 | 438.89 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 2,529.37 | 2,529.37 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TOYOTA LEASE TRUST | 11,192.10 | 11,192.10 | 0.00 | 11,192.10 |
|     Acct: E163 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,214.59 | 2,214.59 | 0.00 | 2,214.59 |
|     Acct: 8951 | | | | |
|   TOYOTA FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AVID ACCEPTANCE LLC | 0.00 | 16,650.00 | 0.00 | 16,650.00 |
|     Acct: 6591 | | | | |
| | | | | 30,056.69 |
| **Unsecured** | | | | |
|   ADC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4241 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 7,722.45 | 57.54 | 0.00 | 57.54 |
| Acct: 9928 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 22,086.16 | 164.57 | 0.00 | 164.57 |
| Acct: 8780 | | | | |
| CHASE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3676 | | | | |
| COMMUNITY NURSES HH AND HOSPICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4978 | | | | |
| COMMUNITY NURSES HH AND HOSPICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4978 | | | | |
| FIRST COMMONWEALTH BANK(*) | 1,018.96 | 7.59 | 0.00 | 7.59 |
| Acct: 5682 | | | | |
| US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8581 | | | | |
| HUNTER WARFIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2036 | | | | |
| CAPITAL ONE NA** | 708.80 | 5.28 | 0.00 | 5.28 |
| Acct: 5718 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O THE DEF | 8,231.53 | 61.34 | 0.00 | 61.34 |
| Acct: 7231 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 637.25 | 4.74 | 0.00 | 4.74 |
| Acct: 4282 | | | | |
| SMP HOME MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5022 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN | 428.43 | 3.20 | 0.00 | 3.20 |
| Acct: 8971 | | | | |
| SNYDER MEMORIAL HEALTH CARE CENT | 7,362.06 | 54.86 | 0.00 | 54.86 |
| Acct: 1001 | | | | |
| UPMC PHYSICIAN SERVICES | 611.96 | 4.56 | 0.00 | 4.56 |
| Acct: 7231 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0914 | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8553 | | | | |
| WYNDHAM VACATION RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 256.40 | 1.91 | 0.00 | 1.91 |
| Acct: 0001 | | | | |
| SNYDER MEMORIAL HCC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TOYOTA LEASE TRUST | 219.09 | 1.63 | 0.00 | 1.63 |
| Acct: 4163 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8971 | | | | |
| PRESTON D JAQUISH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GARY CHEATLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 367.22 |

TOTAL PAID TO CREDITORS                                                                                     63,426.40

| | |
|---|---:|
| TOTAL CLAIMED | |
| PRIORITY | 13,406.69 |
| SECURED | 184.49 |
| UNSECURED | 49,283.09 |

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTINE M CHEATLE

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-11098

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-11098-GLT
Christine M. Cheatle  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 3
Date Rcvd: Dec 22, 2022    Form ID: pdf900    Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine M. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14711871 | + | ADC, 17330 Preston Road, Suite 200 D, Dallas, TX 75252-6106 |
| 14711876 | + | Community Nurses HH & Hospice, Inc., 757 Johnsonburg Road, Suite 200, Saint Marys, PA 15857-3497 |
| 14722003 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14711878 | + | Gary G. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14711885 | + | SMP Home Medical, 21 S. Saint Marys Street, Saint Marys, PA 15857-1617 |
| 14711886 | + | Snycrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14711887 | + | Snyder Memorial HCC, 156 Snyder Memorial Road, P.O. Box 680, Marienville, PA 16239-0680 |
| 14795347 | + | Snyder Memorial Health Care Center, P.O. Box 680, SR 66 Cherry Street, Marienville, PA 16239-0680 |
| 14711891 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15178786 | + | Email/Text: bankruptcy@avidac.com | Dec 22 2022 23:41:00 | Avid Acceptance LLC, 6995 Union Park Center Ste. 450, Cottonwood Heights, UT 84047-6145 |
| 15138493 | + | Email/Text: bankruptcy@avidac.com | Dec 22 2022 23:41:00 | Avid Acceptance, LLC, 6995 Union Park Center, Cottonwood Heights, UT 84047-6145 |
| 14711872 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 22 2022 23:41:00 | Barclaycard, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14716176 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2022 23:41:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14711873 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:45:23 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14747269 | | Email/PDF: bncnotices@becket-lee.com | Dec 22 2022 23:57:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14711875 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 22 2022 23:41:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14711877 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 22 2022 23:41:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14711879 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 22 2022 23:41:00 | Great Lakes/U.S. Dept of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 14711880 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Dec 22 2022 23:41:00 | Hunter Warfield, 4620 Woodland Corporate Boulevard, Tampa, FL 33614-2415 |
| 14711881 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:41:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14711874 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 39 |

|  |  |  |  |
|---|---|---|---|
|  |  | Dec 22 2022 23:45:22 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14711882 | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2022 23:41:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14711883 | + Email/PDF: pa_dc_claims@navient.com | Dec 22 2022 23:45:01 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14751560 | Email/PDF: pa_dc_ed@navient.com | Dec 22 2022 23:45:24 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14741235 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2022 23:45:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14712751 | + Email/PDF: rmscedi@recoverycorp.com | Dec 22 2022 23:45:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14711884 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2022 23:41:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14780555 | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14781808 | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2022 23:41:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14711888 | Email/Text: amieg@stcol.com | Dec 22 2022 23:41:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14711889 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 22 2022 23:41:00 | Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14741679 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 22 2022 23:41:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15244999 | Email/PDF: bncnotices@becket-lee.com | Dec 22 2022 23:57:46 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14731942 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 22 2022 23:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14711890 | ^ MEBN | Dec 22 2022 23:38:23 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14782414 | ^ MEBN | Dec 22 2022 23:38:28 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745936 | Email/PDF: ebn_ais@aisinfo.com | Dec 22 2022 23:45:36 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14711892 | + Email/Text: bankruptcydept@wyn.com | Dec 22 2022 23:41:00 | Wyndham Vacation Resorts, Inc., 6277 Sea Harbor Drive, Orlando, FL 32821-8027 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Citizens Bank, N.A. |
| cr |  | Snyder Memorial Health Care Center |
| cr |  | Toyota Lease Trust |
| cr |  | Toyota Motor Credit Corporation |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| James P. Valecko | on behalf of Creditor Citizens Bank  N.A. jvalecko@weltman.com, PitEcf@weltman.com |
| Kenneth P. Seitz | on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7