| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christine M. Cheatle**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7231<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–11098–GLT | | |

# Order of Discharge                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Christine M. Cheatle

   <u>2/7/23</u>                                                                                 **By the court:** <u>Gregory L Taddonio</u>
                                                                                                                    United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Christine M. Cheatle  
    Debtor

Case No. 17-11098-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 07, 2023 | Form ID: 3180W | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine M. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14711871 | + | ADC, 17330 Preston Road, Suite 200 D, Dallas, TX 75252-6106 |
| 14711876 | + | Community Nurses HH & Hospice, Inc., 757 Johnsonburg Road, Suite 200, Saint Marys, PA 15857-3497 |
| 14722003 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14711878 | + | Gary G. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14751560 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14711885 | + | SMP Home Medical, 21 S. Saint Marys Street, Saint Marys, PA 15857-1617 |
| 14711886 | + | Snycrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14711887 | + | Snyder Memorial HCC, 156 Snyder Memorial Road, P.O. Box 680, Marienville, PA 16239-0680 |
| 14795347 | + | Snyder Memorial Health Care Center, P.O. Box 680, SR 66 Cherry Street, Marienville, PA 16239-0680 |
| 14711891 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Feb 08 2023 04:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Feb 08 2023 04:54:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 00:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15178786 + | Email/Text: bankruptcy@avidac.com | Feb 08 2023 00:01:00 | Avid Acceptance LLC, 6995 Union Park Center Ste. 450, Cottonwood Heights, UT 84047-6145 |
| 15138493 + | Email/Text: bankruptcy@avidac.com | Feb 08 2023 00:01:00 | Avid Acceptance, LLC, 6995 Union Park Center, Cottonwood Heights, UT 84047-6145 |
| 14711872 + | EDI: TSYS2 | Feb 08 2023 04:54:00 | Barclaycard, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14716176 | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2023 00:00:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14711873 | EDI: CAPITALONE.COM | Feb 08 2023 04:54:00 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14747269 | Email/PDF: bncnotices@becket-lee.com | Feb 08 2023 00:05:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 17-11098-GLT   Doc 113   Filed 02/09/23   Entered 02/10/23 00:29:11   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 07, 2023 | Form ID: 3180W | Total Noticed: 41 |

| Recipient ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 14711875 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2023 00:00:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14711877 | | Email/Text: SAABankruptcy@fcbanking.com | Feb 08 2023 00:00:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14711879 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 00:00:00 | Great Lakes/U.S. Dept of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 14711880 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Feb 08 2023 00:00:00 | Hunter Warfield, 4620 Woodland Corporate Boulevard, Tampa, FL 33614-2415 |
| 14711881 | | EDI: IRS.COM | Feb 08 2023 04:54:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14711874 | | EDI: JPMORGANCHASE | Feb 08 2023 04:54:00 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14711882 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2023 00:00:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14711883 | + | EDI: NAVIENTFKASMSERV.COM | Feb 08 2023 04:54:00 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14751560 | | EDI: MAXMSAIDV | Feb 08 2023 04:54:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14741235 | | EDI: PRA.COM | Feb 08 2023 04:54:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14712751 | + | EDI: RECOVERYCORP.COM | Feb 08 2023 04:54:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14711884 | + | EDI: WFNNB.COM | Feb 08 2023 04:54:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14780555 | | EDI: Q3G.COM | Feb 08 2023 04:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14781808 | | EDI: Q3G.COM | Feb 08 2023 04:54:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14711888 | | Email/Text: amieg@stcol.com | Feb 08 2023 00:00:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14711889 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 08 2023 00:00:00 | Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14741679 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 08 2023 00:00:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15244999 | | Email/PDF: bncnotices@becket-lee.com | Feb 08 2023 00:05:51 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14731942 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 08 2023 00:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14711890 | ^ | MEBN | Feb 07 2023 23:54:08 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14782414 | ^ | MEBN | Feb 07 2023 23:54:20 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745936 | | EDI: AIS.COM | Feb 08 2023 04:54:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14711892 | + | Email/Text: bankruptcydept@wyn.com | Feb 08 2023 00:01:00 | Wyndham Vacation Resorts, Inc., 6277 Sea Harbor Drive, Orlando, FL 32821-8027 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Snyder Memorial Health Care Center |
| cr | | Toyota Lease Trust |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:

**Name** | **Email Address**

Brian Nicholas
on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

James P. Valecko
on behalf of Creditor Citizens Bank  N.A. jvalecko@weltman.com, PitEcf@weltman.com

Kenneth P. Seitz
on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7