2/7/23 11:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHRISTINE M CHEATLE

          Debtor(s)

    Ronda J. Winnecour
          Movant
          vs.
    No Repondents.

Case No.:17-11098

Chapter 13

Document No.: 102

**ORDER OF COURT**

AND NOW, this ____7th____ day of ____February____, 20_23_, upon consideration of the **Chapter 13
Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and
following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and
**DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and
finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the
Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately
terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and
all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of
the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such
creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the
plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all
monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late
fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee
shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon
submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

ENTERED BY DEFAULT

BY THE COURT:

Gregory L. Taddonio ʲˡᵐ
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                         Case No. 17-11098-GLT

Christine M. Cheatle                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                              User: auto                                    Page 1 of 3

Date Rcvd: Feb 07, 2023                    Form ID: pdf900                           Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine M. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14711871 | + | ADC, 17330 Preston Road, Suite 200 D, Dallas, TX 75252-6106 |
| 14711876 | + | Community Nurses HH & Hospice, Inc., 757 Johnsonburg Road, Suite 200, Saint Marys, PA 15857-3497 |
| 14722003 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14711878 | + | Gary G. Cheatle, 865 S. Michael Street, Saint Marys, PA 15857-2131 |
| 14751560 | | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14711885 | + | SMP Home Medical, 21 S. Saint Marys Street, Saint Marys, PA 15857-1617 |
| 14711886 | + | Snycrony Bank/JCP, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14711887 | + | Snyder Memorial HCC, 156 Snyder Memorial Road, P.O. Box 680, Marienville, PA 16239-0680 |
| 14795347 | + | Snyder Memorial Health Care Center, P.O. Box 680, SR 66 Cherry Street, Marienville, PA 16239-0680 |
| 14711891 | + | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15178786 | + | Email/Text: bankruptcy@avidac.com | Feb 08 2023 00:01:00 | Avid Acceptance LLC, 6995 Union Park Center Ste. 450, Cottonwood Heights, UT 84047-6145 |
| 15138493 | + | Email/Text: bankruptcy@avidac.com | Feb 08 2023 00:01:00 | Avid Acceptance, LLC, 6995 Union Park Center, Cottonwood Heights, UT 84047-6145 |
| 14711872 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 08 2023 00:00:00 | Barclaycard, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 14716176 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2023 00:00:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14711873 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 00:05:33 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14747269 | | Email/PDF: bncnotices@becket-lee.com | Feb 08 2023 00:05:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14711875 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 08 2023 00:00:00 | Citizens Auto Finance, 480 Jefferson Blvd., Warwick, RI 02886-1359 |
| 14711877 | | Email/Text: SAABankruptcy@fcbanking.com | Feb 08 2023 00:00:00 | First Commonwealth Bank, Central Offices, Philadelphia and 6th Streets, P.O. Box 400, Indiana, PA 15701 |
| 14711879 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 08 2023 00:00:00 | Great Lakes/U.S. Dept of Education, P.O. Box 530229, Atlanta, GA 30353-0229 |
| 14711880 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Feb 08 2023 00:00:00 | Hunter Warfield, 4620 Woodland Corporate Boulevard, Tampa, FL 33614-2415 |
| 14711881 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2023 00:00:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |

District/off: 0315-1 | User: auto | Page 2 of 3
Date Rcvd: Feb 07, 2023 | Form ID: pdf900 | Total Noticed: 39

| | | | | |
|---|---|---|---|---|
| 14711874 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 08 2023 00:05:40 | Chase, Cardmember Service, P.O. Box 15123, Wilmington, DE 19886 |
| 14711882 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2023 00:00:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, WI 53201-2983 |
| 14711883 | + | Email/PDF: pa_dc_claims@navient.com | Feb 08 2023 00:05:48 | Navient, P.O. Box 9500, Wilkes Barre, PA 18773-9500 |
| 14751560 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 08 2023 00:05:33 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14741235 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 00:05:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14712751 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 08 2023 00:05:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14711884 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2023 00:00:00 | Peebles/Comenity, P.O. Box 659465, San Antonio, TX 78265-9465 |
| 14780555 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 00:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14781808 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 00:00:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14711888 | | Email/Text: amieg@stcol.com | Feb 08 2023 00:00:00 | State Collection Service, Inc., 2509 S. Stoughton Road, Madison, WI 53716 |
| 14711889 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 08 2023 00:00:00 | Toyota Financial Services, P.O. Box 17187, Baltimore, MD 21297 |
| 14741679 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 08 2023 00:00:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15244999 | | Email/PDF: bncnotices@becket-lee.com | Feb 08 2023 00:05:44 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14731942 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 08 2023 00:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14711890 | ^ | MEBN | Feb 07 2023 23:54:10 | UPMC Health Services, P.O. Box 371472, Pittsburgh, PA 15250-7472 |
| 14782414 | ^ | MEBN | Feb 07 2023 23:54:20 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14745936 | | Email/PDF: ebn_ais@aisinfo.com | Feb 08 2023 00:05:49 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14711892 | + | Email/Text: bankruptcydept@wyn.com | Feb 08 2023 00:01:00 | Wyndham Vacation Resorts, Inc., 6277 Sea Harbor Drive, Orlando, FL 32821-8027 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. |
| cr | | Snyder Memorial Health Care Center |
| cr | | Toyota Lease Trust |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

District/off: 0315-1                           User: auto                                      Page 3 of 3
Date Rcvd: Feb 07, 2023                        Form ID: pdf900                                 Total Noticed: 39

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023                  Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| James P. Valecko | on behalf of Creditor Citizens Bank  N.A. jvalecko@weltman.com, PitEcf@weltman.com |
| Kenneth P. Seitz | on behalf of Debtor Christine M. Cheatle thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7